# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00068JMS-LEK |
| CASE NAME: | Nani Ceaser vs. Palama Meat Company, Inc., et al. |
| ATTYS FOR PLA: | Arthur S.K. Fong<br>Peter C.K. Fong |
| ATTYS FOR DEFT: | Leightom K. Oshima<br>Kevin S.W. Chee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/11/2006 | TIME: | 10:00-11:45 |

COURT ACTION:  EP: Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager