# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00068JMS-LEK |
| CASE NAME: | Nani Ceaser vs. Palama Meat Company, Inc., a Hawaii Corporation, et al. |
| ATTYS FOR PLA: | Peter C.K. Fong |
| ATTYS FOR DEFT: | Kevin S.W. Chee<br>Leighton K. Oshima (representing lien holder) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 09/29/2006 | TIME: | 9:49-9:55 |

COURT ACTION:  EP: Settlement on the Record held.

Terms stated. Copy of Joint Tortfeasor Release and Indemnification Agreement received by the Court, to be entered into the docket as an exhibit.

Magistrate Judge Leslie E. Kobayashi to recommend to Judge J. Michael Seabright to enter Order for Dismissal with Prejudice in 30 days.

Submitted by: Warren N. Nakamura, Courtroom Manager