IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NANI CEASER, | CIVIL NO. 03-00068 JMS-LEK |
| Plaintiff, | |
| vs. | |
| PALAMA MEAT COMPANY, INC., a Hawai`i Corporation, et al. | |
| Defendant. | |

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding within thirty days of this Order, upon good cause shown,

///

///

if the settlement conditions have not been satisfied.

       IT IS SO ORDERED.

       DATED at Honolulu, Hawai`i, September 29, 2006.



                                          J. Michael Seabright
                                          United States District Judge

*Nani Ceasar v. Palama Meat Company, Inc., et al;* Civil No. 03-00068 JMS-LEK, Order of Dismissal