AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

NANI CEASER

      Plaintiff(s),

      V.

PALAMA MEAT COMPANY, INC., a
Hawai'i Corporation, et al.

      Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CV 03-00068 JMS-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 2, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees, pursuant to the "Order of Dismissal" filed October 2, 2006.

cc: all counsel and/or parties of record

October 2, 2006
_____
Date

SUE BEITIA
_____
Clerk

(By) Deputy Clerk